COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| VICTORY ENERGY CORPORATION, SMART GAS, LLC, AND HCP INVESTMENTS, LLC, | § § § | No. 08-12-00248-CV<br><br>Appeal from |
| Appellants/Cross-Appellees, | § | 112th District Court |
| v. | § | of Crockett County, Texas |
| OZ GAS CORPORATION, | § | (TC # 08-04-07047-CV) |
| Appellee/Cross-Appellants. | § | |

## MEMORANDUM OPINION

There are two motions to dismiss pending before the Court. First, the Cross-Appellant, Oz Gas Corporation has filed a motion to dismiss its cross-appeal pursuant to TEX.R.APP.P. 38.8(a)(1) because it no longer wishes to pursue the appeal. Second, Victory Energy Corporation, SmartGas LLC, and HCP Investments, LLC have filed a motion to dismiss Oz's cross-appeal for lack of prosecution. TEX.R.APP.P. 42.3(b). We grant Oz's motion to dismiss its cross-appeal and deny as moot the motion to dismiss the cross-appeal for want of prosecution. Oz's cross-appeal is hereby dismissed and costs of the cross-appeal are assessed against Oz. *See* TEX.R.APP.P. 42.1(d)(absent agreement of the parties, the court will tax costs against the appellant).

March 28, 2013

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.